UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAPICTETUS A. COLEMAN,         ) | |
| )
| Plaintiff         ) | |
| ) | |
| vs.         ) | Case No. 2:10-cv-01399-KOB-HGD |
| ) | |
| BASIL TIMOTHY CASE,         ) | |
| ) | |
| Defendant         ) | |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on May 27, 2011, recommending that this action filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. The Plaintiff filed objections; specifically, no federal cause of action lies against Plaintiff's attorney.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court finds that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28

U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  A Final Judgment will be entered.

    DATED this 27th day of June, 2011.

                                      KARON OWEN BOWDRE
                                      UNITED STATES DISTRICT JUDGE